# UNITED STATES DISTRICT COURT
for the

Northern District of New York

Appelate Division

| | | |
|---|---|---|
| RONELL SHEFFIELD <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> DOMINIC A. DAGOSTINO <br> M. COOK <br> D. GANGARAM <br> JOSEPH GIULIANO <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br> <br> U.S. DISTRICT COURT - N.D. OF N.Y. <br> **FILED** <br> MAY 18 2022 <br> AT____O'CLOCK____ <br> John M. Domurad, Clerk - Syracuse |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ronell Sheffield
All other names by which you have been known:
ID Number: 56126
Current Institution: Schenectady Cty. Jail
Address: 320 Veeder Ave.
Schenectady, N.Y. 12305
City / State / Zip Code

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dominic A. Dagostino
Job or Title (if known): Sheriff of Schenectady Cty. Jail
Shield Number:
Employer: Schenectady County
Address: 320 Veeder Ave.
Schenectady, N.Y. 12307
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: M. Cook
Job or Title (if known): Sergeant
Shield Number:
Employer: Schenectady County
Address: 320 Veeder Ave.
Schenectady, N.Y. 12307
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Defendant No. 3
  Name: Joseph Giuliano
  Job or Title (if known): Corrections Officer
  Shield Number: 077
  Employer: Schenectady County
  Address: 320 Veeder Ave.
  Schenectady, N.Y. 12307
  City / State / Zip Code
  [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
  Name: D. Gangaram
  Job or Title (if known): Sergeant
  Shield Number:
  Employer: Schenectady County
  Address: 320 Veeder Ave.
  Schenectady, N.Y. 12307
  City / State / Zip Code
  [✓] Individual capacity   [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Fourth Amendment, Eighth Amendment, Fourteenth Amendment, Substantive Due Process and the Equal Protection Clause of the Fourteenth Amendment.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

   See attached

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

   Schenectady County Jail, 320 Veeder Ave., Schenectady, N.Y. 12305
   On February 19, 2022

Part 2. Basis for Jurisdiction (D);

If you are suing under section 1983, explain how each defendant acted under color of state or local law.

1). Dominic A. Dagostino is the sheriff of Schenectady County Jail, and is petitioner's legal custodian, and is charged with the overall supervision and administration of Schenectady County Jail. Dominic A. Dagostino acted under color of state or local law when his breach of duty violated the County of Schenectady Official Policies and procedures, by not maintaining and ensuring the responsibility of facility staff in the care and custody of prisoners to ensure the safety, security and good order of the facility.

2). Sergeant M. Cook, Sergeant D. Gangaram, and Officer Joseph Giuliano acted under color of state and local law when they failed to protect plaintiffs constitutional rights of due process of clause law under the Fourteenth Amendment, Cruel and unusual punishment of the Eighth Amendment, and Breach of duty by excessive force in use of chemical agents.

C. What date and approximate time did the events giving rise to your claim(s) occur?

February 19, 2022 @ 3:50 pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Broken ribs on the right upper side of body. Left eye injury. Administered to Ellis Hopital for broken ribs #'s 4,5,6 and perscribed motrin. Facility eye Dr. perscribed glasses for complaints of vision focus and tear duct injuries.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Money Damages of 1,000,000. Compensatory Damages of 1,000,000$. Punitive Damages of 1,000,000$. Injunctive Relief, Declaratory Relief.

Officers participated in the wrong, knew about the wrong but did not try to stop or fix it, failed to oversee the people who caused the wrong, all acted under color of state law, and deprived me of my rights, privileges and immunity under the constitution and federal laws.

Part 4. Statement of Claim (D)

What are the facts underlying your claim(s)

1). On February 19, 2022 Sergeant M. Cook and Officer Jonh Doe brought plaintiff to booking in order to perform an X-ray body scan for suspected contraband. After passing the body scan X-ray process plaintiff was ordered to a strip frisk/search of body and rectal area. When asked to bend at the waste and spread buttock to view rectal area plaintiff requested that he be allowed to squat instead because plaintiff is a muslim and due to group search and strip frisk/search of several John Doe officers present in the strip search area was a violation of plaintiffs privacy, and religous rights. Sergeant Cook informed plaintiff that if he didn't follow his orders plaintiff would be sprayed with chemical agents in order to make plaintiff comply. Plaintiff then questioned Sergeant Cook's statement, and it was at this moment the plaintiff was sprayed in the face with chemical-agents, and then assaulted for bringing his hands to his face. Officers Joseph Giuliano and several John Does that plaintiff could not identify due to spray in eyes, and Sergeant Cook threw numerous punchs to plaintiff's body and face. This all occured in booking lobby where several cameras viewed this assault.

VII.  **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Schenectady Cty. Jail*
*320 Veeder Ave.*

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   Schenectady County Jail

2. What did you claim in your grievance?
   That on 2/19/22 I was taken out of my cell to be strip searched in the booking area. When asked to bend over and spread my butt cheeks I asked if I could squat instead, or go behind a curtain because I'm Muslim. I was then attacked and sprayed by a chemical agent.

3. What was the result, if any?
   The grievance was denied on merits.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   I have taken all steps to appeal the decision by submitting a grievance, appealing the Coordinators determination, appealing the Chief Administrative Officers determination, and have signed for grievance to be submitted to Albany for the State Commission Complaint Review Board, but due to the Grievance Coordinator breaking his hand no other coordinator will take the grievance to be filed with State Commissions Office, stating I must wait for the Coordinator who issued grievance to return. ~~See Exhibit A~~ (Issue with grievance has been corrected and sent to Albany).

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3. Docket or index number

       _____

    4. Name of Judge assigned to your case

       _____

    5. Approximate date of filing lawsuit

       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____


Case 9:22-cv-00519-BKS-TWD   Document 1   Filed 05/18/22   Page 13 of 13

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 18, 2022

Signature of Plaintiff: Sheffield Ronell
Printed Name of Plaintiff: Ronell Sheffield
Prison Identification #: 56126
Prison Address: 320 Veeder Ave.
Schenectady, N.Y. 12305

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address