UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONELL SHEFFIELD, Plaintiff,

vs.

COOK, et al.,

        Defendants.

---

**ORDER and WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**9:22-CV-519 (BKS/TWD)**

      Pursuant to this Order of the Court dated June 20, 2024, **RONELL SHEFFIELD, DIN: 23-B-4600, the plaintiff in the above-entitled action, is directed to be produced at 10:00 a.m. on Monday, September 9, 2024** to attend the In Person Settlement Conference in this matter scheduled to be held at the James M. Hanley U.S. Courthouse & Federal Building, 100 S. Clinton Street, 3rd Floor Magistrate Judge Courtroom, Syracuse, NY, for the purpose of attending, participating in the In Person Settlement Conference before the Honorable Thérèse Wiley Dancks, U.S. Magistrate Judge. It is the understanding of the Court that the plaintiff presently is incarcerated at Wende Correctional Facility, Alden NY, and it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing the presence of the plaintiff at said proceeding.

      **Therefore, it is ORDERED**, that a Writ of Habeas Corpus Ad Testificandum is issued directing the Superintendent of Wende Correctional Facility, 3040 Wende Road, Alden NY 14004, the facility where said plaintiff is currently housed, or his/her deputies, to deliver said plaintiff to the James M. Hanley U.S. Courthouse & Federal Building, Syracuse NY, as indicated above, on the date and time specified above, and that you return him to Wende Correctional Facility under your custody, under safe and secure conduct. **The plaintiff/prisoner at all times is to remain subject to the confinement imposed upon him by the State of New York.**

**GREETINGS:**
**TO: THE SUPERINTENDENT OF WENDE CORRECTIONAL FACILITY**

      **WE COMMAND** that you have the body of the above named plaintiff who is detained at **Wende Correctional Facility** under your custody, under safe and secure conduct before the District Court within and for the Northern District of New York, at the **James M. Hanley U.S. Courthouse & Federal Building, 100 S. Clinton Street, 3rd Floor Magistrate Judge Courtroom, Syracuse, NY,** to be present for a settlement conference in the above entitled action before the Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge, now pending in this Court, and then and there be present on **Monday, September 9, 2024 at 10:00 a.m.** as directed or on any rescheduled date as may be designated by the Court and immediately after the conclusion of the settlement conference or when ordered by the Court, that you return him to Wende Correctional Facility under your custody, under safe and secure conduct.

And have you then and there this Writ:

      **WITNESS**, Hon. Thérèse Wiley Dancks, U.S. District Court, Northern District of New York this 20th day of June, 2024.

*Thérèse Wiley Dancks*
United States Magistrate Judge