UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONELL SHEFFIELD,<br><br>        *Plaintiff,*<br><br>  -against-<br><br>M. COOK, et al.,<br><br>        *Defendants.* | Civil Action No. 9:22-cv-00519<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's June 10, 2024 docket entry (ECF 45), Plaintiff R. Sheffield and Defendants M. Cook and J. Giuliano, through the undersigned counsel, submit the following Joint Status Report:

1. Plaintiff and Defendants have agreed to settle. Defendants are preparing the settlement agreement and release for Plaintiff's approval and will deliver a settlement payment to Plaintiff.

2. Once the settlement agreement is executed and Plaintiff receives the monetary settlement, both parties will request the dismissal of this action. As such, both parties hereby request the cancellation of the September 9, 2024 In-Person Settlement Conference.

Dated: August 16, 2024      Respectfully submitted,

                /s/ *Erik. T Koons*
                Erik T. Koons (#302351)
                **BAKER BOTTS LLP**
                700 K. Street, N.W.
                Washington, D.C. 20001
                Telephone: (202) 639-7700
                Erik.koons@bakerbotts.com

                ***ATTORNEY FOR PLAINTIFF RONELL SHEFFIELD***

/s/ *Jonathan M. Bernstein*
Jonathan M. Bernstein (#4106027)
**GOLDBERG SEGALLA, LLP**
8 Southwoods Boulevard, Suite 300
Albany, NY 12211
Telephone: (518) 935-4240
jbernstein@goldbergsegalla.com

***ATTORNEY FOR DEFENDANTS COOK AND GIULIANO***

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2024, I electronically filed the foregoing Notice of Appearance using the CF/ECF system, which sent electronic or other notification of such filing to all counsel of record in this case.

/s/ Erik T. Koons
Erik T. Koons (#302351)
**BAKER BOTTS LLP**
700 K. Street, N.W.
Washington, D.C. 20001
Telephone: (202) 639-7700
Erik.koons@bakerbotts.com