UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONELL SHEFFIELD,

                                         Plaintiff,    **STIPULATION OF DISCONTINUANCE**

    -against-

                                         **Civil Case No.:**
DOMINIC A. DAGOSTINO, M. COOK,                    **9:22-cv-00519**
D. GANGARAM, JOSEPH GUILLIANO,                   **(BKS/TWD)**

                                         Defendants.

---

      **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the parties hereto, that

      **WHEREAS** no party to this Stipulation is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is, discontinued on the merits with prejudice, without costs to any party as against another party; and

      **IT FURTHER IS HEREBY STIPULATED AND AGREED**, that this Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Albany, New York
                  September 20, 2024

**BAKER BOTTS, LLP**                                     **GOLDBERG SEGALLA, LLP**

*/s/ Elizabeth Broussard*
Elizabeth Broussard, Esq.                            Jonathan M. Bernstein, Esq.
*Attorney for Plaintiff*                                      *Attorney for Defendants*
700 K Street NW                                            8 Southwoods Blvd., Ste. 300
Washington, D.C. 20001                              Albany, New York 12211