UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RONELL SHEFFIELD,

                                                           Plaintiff,     **STIPULATION OF DISCONTINUANCE**

-against-

DOMINIC A. DAGOSTINO, M. COOK,                    **Civil Case No.:**
D. GANGARAM, JOSEPH GUILLIANO,                 **9:22-cv-00519 (BKS/TWD)**

                                                           Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the parties hereto, that

**WHEREAS** no party to this Stipulation is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is, discontinued on the merits with prejudice, without costs to any party as against another party; and

**IT FURTHER IS HEREBY STIPULATED AND AGREED**, that this Stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Albany, New York
                 September 20, 2024

**BAKER BOTTS, LLP**                                   **GOLDBERG SEGALLA, LLP**

*/s/ Elizabeth Broussard*
Elizabeth Broussard, Esq.                             Jonathan M. Bernstein, Esq.
*Attorney for Plaintiff*                                     *Attorney for Defendants*
700 K Street NW                                          8 Southwoods Blvd., Ste. 300
Washington, D.C. 20001                           Albany, New York 12211

                                                                         IT IS SO ORDERED:

IMANAGE\6382\0034\42276947.v1-9/11/24                     Brenda K. Sannes
                                                                          Chief U.S. District Judge

                                                                          Dated: September 23, 2024
                                                                               Syracuse, NY